AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA


FILED
OCT 30 2007
DISTRICT COURT
DISTRICT OF CALIFORNIA
BY JMJ     DEPUTY

UNITED STATES OF AMERICA

v.

JESUS REYES-BUCIO

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR 2921-BTM

 

I, JESUS REYES-BUCIO, the above-named defendant, who is accused of committing the following offenses:

> Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 10/30/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

                                               X Jesus Reyes Busio
                                               Defendant

                                               Defense Counsel

Before _____
          Judicial Officer